Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–16528–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian S. Perkins
    aka Brian Perkins Sr., aka Brian Scott
    Perkins
    210 Cooper Street
    Beverly, NJ 08010

Social Security No.:
    xxx–xx–1680

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on March 31, 2017 and a confirmation hearing on such Plan has been scheduled for June 13, 2017.

The debtor filed a Modified Plan on June 9, 2017 and a confirmation hearing on the Modified Plan is scheduled for July 11, 2017 at 10:00am. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 12, 2017
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-16528-MBK
Brian S. Perkins                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jun 12, 2017
                              Form ID: 186         Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
db          +Brian S. Perkins,   210 Cooper Street,   Beverly, NJ 08010-1210
aty         +Milstead & Associates, LLC,   1 E. Stow Road,   Marlton, NJ 08053-3118
lm          +Rushmore Loan Management Services, LLC,   15480 Laguna Canyon Road,   Irvine, CA 92618-2132
516740225    ARS - Account Resolution Services,   PO Box 459079,   Fort Lauderdale, FL 33345-9079
516740226   +Lana Scardigli,   93 Zee Road,   Mullica Hill, NJ 08062-4439
516740227   +Milstead & Associates LLC,   RE Milstead File # 204244-1,   1 E Stow Rd,
              Marlton, NJ 08053-3118
516740228   +Nationwide Recovery Service,   7001 Peachtree Industrial Blvd,   Suite 320,
              Norcross, GA 30092-6637
516740230   +Quality Asset Recovery,   7 Foster Avenue,   Suite 101,   Gibbsboro, NJ 08026-1191
516740231   +Rushmore Loan Management Services,   15480 Laguna Canyon Road,   Suite 100,
              Irvine, CA 92618-2132
516740229   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: New Jersey Division of Taxation,   Compliance and Enforcement,
              PO Box 245,   Trenton, NJ 08695-0267)
516740232   +Select Physical Therapy,   220 Sunset Road,   Willingboro, NJ 08046-1126
516740233   +Stacey R. Perkins,   210 Cooper Street,   Beverly, NJ 08010-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2017 22:22:49    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2017 22:22:46    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516740234   +E-mail/Text: legal-dept@cooperhealth.edu Jun 12 2017 22:23:46    The Cooper Health System,
              3 Cooper Plz,   Camden, NJ 08103-1438
516865835   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2017 00:28:38    Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                               TOTAL: 4


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
           TRUST, AS TRUSTEE FOR THE NORMANDY MORTGAGE LOAN TRUST, SERIES 2015-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          S. Daniel Hutchison   on behalf of Debtor Brian S. Perkins sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r3902
           6@notify.bestcase.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 4