# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:   Brian S Perkins

Case No..:   17-16528
Judge:   Michael B. Kaplan
Debtor(s)   Chapter:   13

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original             ■ Modified/Notice Required             ■ Discharge Sought
☐ Motions Included     ☐ Modified/No Notice Required          ☐ No Discharge Sought

Date: _____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:  Payment and Length of Plan

a.  The Debtor shall pay $400.00 Monthly for 60 months to the Chapter 13 Trustee, starting on   April 1, 2017   for approximately 60 months.

b.  The Debtor shall make plan payments to the Trustee from the following sources:
   ■   Future Earnings
   ☐   Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion:

- ☐ Refinance of real property
  Description:
  Proposed date for completion:

- ■ Loan modification with respect to mortgage encumbering property
  Description: 210 Cooper Street, Beverly, NJ

  The Debtor will be filing a Notice for Loss Mitigation with the Bankruptcy Court for the Debtor's first mortgage currently serviced by Rushmore Loan Managment Services.

  The Debtor will be making a proposed Adequate Protection Payment of $1,630.22 to Rushmore Loan Management Services.

  The Trustee is authorized to make payments to Rushmore Loan Management Services for mortgage arrears up to and not to exceed $10,000.
  .
  Proposed date for completion: September 30, 2017

d.  ☐  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
e.  ☐  Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection

a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).
b.  Adequate protection payments will be made in the amount of $ 1,630.22 monthly to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to  Rushmore Loan Management Services  (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| S. Daniel Hutchison, Esq. SH-6931 New Jersey | Attorney Fees | 3,450.00 |
| Lana Scardigli | Domestic support obligations | 0.00 |

## Part 4: Secured Claims

### a.  Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Rushmore Loan Management Services | 210 Cooper Street Beverly, NJ | 10,000.00 | 0.00 | 10,000.00 | 1,630.22 |

2

### b. Modification

1.) The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
-NONE-

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| New Jersey Division of Taxation | 210 Cooper Street, Beverly, NJ 08010 | 3,371.85 |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

\_\_\_\_    Not less than $\_\_\_ to be distributed *pro rata*

\_\_\_\_    Not less than \_\_ percent

\_\_X\_\_    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
- ■ Upon Confirmation
- ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

Case 17-16528-MBK    Doc 22    Filed 06/14/17    Entered 06/15/17 00:35:42    Desc Imaged
Certificate of Notice    Page 5 of 6

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-petition claims

The Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### e. Other Provisions:

PART 1: c. Payment and Length of Plan

The Debtor will be filing a Notice for Loss Mitigation with the Bankruptcy Court for the first mortgage serviced by Rushmore Loan Management Services.  Trustee is authorized to make payments on arrears up to, but not to exceed $10,000.

PART 3:    Priority Claims

Note :  Child Support Recepiant is being paid thru payroll deduction, and will not be receiving payments thru this plan.
.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: March 31, 2017.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| The debtor is modifying his Chapter 13 Plan to reflect an anticipate loan modification completion date of September 30, 2017. | |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ■ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    June  9, 2017            /s/ S. Daniel Hutchison, Esq.
                                 S. Daniel Hutchison, Esq. SH-6931 New Jersey
                                 Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   June  9, 2017            /s/ Brian S Perkins
                                 Brian S Perkins
                                 Debtor

Date:                            _____
                                 Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-16528-MBK
Brian S. Perkins                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1            Date Rcvd: Jun 12, 2017
                            Form ID: pdf901       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
```
db             +Brian S. Perkins,    210 Cooper Street,    Beverly, NJ 08010-1210
aty            +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
lm             +Rushmore Loan Management Services, LLC,    15480 Laguna Canyon Road,    Irvine, CA 92618-2132
516740225       ARS - Account Resolution Services,    PO Box 459079,    Fort Lauderdale, FL 33345-9079
516740226      +Lana Scardigli,    93 Zee Road,    Mullica Hill, NJ 08062-4439
516740227      +Milstead & Associates LLC,    RE Milstead File # 204244-1,    1 E Stow Rd,
                 Marlton, NJ 08053-3118
516740228      +Nationwide Recovery Service,    7001 Peachtree Industrial Blvd,    Suite 320,
                 Norcross, GA 30092-6637
516740230      +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,    Gibbsboro, NJ 08026-1191
516740231      +Rushmore Loan Management Services,    15480 Laguna Canyon Road,    Suite 100,
                 Irvine, CA 92618-2132
516740229     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,    Compliance and Enforcement,
                 PO Box 245,    Trenton, NJ 08695-0267)
516740232      +Select Physical Therapy,    220 Sunset Road,    Willingboro, NJ 08046-1126
516740233      +Stacey R. Perkins,    210 Cooper Street,    Beverly, NJ 08010-1210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2017 22:22:49    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2017 22:22:46    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516740234      +E-mail/Text: legal-dept@cooperhealth.edu Jun 12 2017 22:23:46    The Cooper Health System,
                 3 Cooper Plz,    Camden, NJ 08103-1438
516865835      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2017 00:28:27    Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
               TRUST, AS TRUSTEE FOR THE NORMANDY MORTGAGE LOAN TRUST, SERIES 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              S. Daniel Hutchison    on behalf of Debtor Brian S. Perkins sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```