UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

Order Filed on July 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian S. Perkins

Case No.: 17-16528

Chapter: 13

Judge: MBK

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 5, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____April 19, 2017____ :

Property:        210 Cooper Street, Beverly NJ 08010

Creditor:        Rushmore Loan Management Services

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___S. Daniel Hutchison, Esq.___ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____September 30, 2017____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*