

Order Filed on July 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Law Offices of S. Daniel Hutchison
135 North Broad Street
Woodbury, NJ 08096
(856) 251-1235

S. Daniel Hutchison, Esquire
Attorney for Debtors

| | |
|---|---|
| In Re: | Case No: 17-16528 |
| Brian S. Perkins | Hearing Date: 06/13/2017 |
| | Judge: MBK |

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: July 18, 2017**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

**THIS MATTER** having come before the Court by Denise Carlon, Esquire, of KML Law Group P.C., attorneys for Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, as Trustee for the Normandy Mortgage Loan Trust, Series 2015-1 (hereinafter "WSF"), by the filing of the Objection to Confirmation of Plan, and the Debtor, Brian S. Perkins, being represented by S. Daniel Hutchison, Esq.; and the parties have come to a resolution and for good cause shown; it is on this _____ day of _____, 2017

**ORDERED, ADJUDGED and DECREED** that Debtor shall make post-petition payments directly to Secured Creditor outside of the plan in accordance with the terms of the Court's loss mitigation order; it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee is not to disburse on claim while the loss mitigation program is pending; it is further

**ORDERED, ADJUDGED and DECREED** that in the event loss mitigation is unsuccessful, Debtor is responsible for the difference between the loss mitigation payment and the regular payment for the months this loan was in the loss mitigation program and Secured Creditor does not waive its rights to collect same; it is further

**ORDERED, ADJUDGED and DECREED** that Debtor is to obtain a loan modification by the date set forth in the loss mitigation order, or as may be further extended by an Order Extending Loss Mitigation or an amended plan; it is further

**ORDERED, ADJUDGED and DECREED** that if loss mitigation is unsuccessful, Debtor shall modify the plan to cure the arrears, surrender the property, or sell or refinance the property within thirty days of the denial; it is further

**ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.