| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1 | |
| In Re:<br>Brian S. Perkins<br>aka Brian Perkins, Sr.<br>aka Brian Scott Perkins<br><br>                              Debtor | Case No: 17-16528 MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

**NOTICE OF APPEARANCE**

   Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

210 Cooper Street  Beverly, NJ 08010

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:07/24/2017

                                                                  **/s/ Denise Carlon, Esquire**
                                                                  Denise Carlon, Esquire
                                                                  Brian C. Nicholas, Esquire
                                                                  **KML Law Group, P.C.**
                                                                  216 Haddon Avenue, Ste. 406
                                                                  Westmont, NJ 08108
                                                                  (609) 250-0700 (NJ)
                                                                  (215) 627-1322 (PA)
                                                                  FAX: (609) 385-2214
                                                                  Attorney for Movant/Applicant

*new 8/1/15*