| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**GARY C. ZEITZ, L.L.C.**<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>LINDA S. FOSSI, ESQUIRE (LF 1720)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*US BANK CUST FOR PC5 STERLING* | **Order Filed on September 8, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>    BRIAN S. PERKINS | Case No.:  17-16528/MBK<br><br>Chapter 13<br><br>Hearing Date: September 5, 2017 at 10:00 a.m.<br><br>Judge: Michael B. Kaplan |

### ORDER VACATING AUTOMATIC STAY *NUNC PRO TUNC*

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 8, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of US BANK CUST FOR PC5 STERLING, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is **ANNULLED**, *nunc pro tunc* to March 31, 2017 to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **124 Broad St, Beverly, New Jersey, Block 949, Lot 8.**

2. The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.