UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*US BANK CUST FOR PC5 STERLING*

**Order Filed on September 8, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

BRIAN S. PERKINS

**Case No.:  17-16528/MBK**

**Chapter 13**

**Hearing Date: September 5, 2017 at 10:00 a.m.**

**Judge: Michael B. Kaplan**

## ORDER VACATING AUTOMATIC STAY *NUNC PRO TUNC*

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 8, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of US BANK CUST FOR PC5 STERLING, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS ORDERED** as follows:

1.  The automatic stay of Bankruptcy Code Section 362(a) is **ANNULLED**, *nunc pro tunc* to March 31, 2017 to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **124 Broad St, Beverly, New Jersey, Block 949, Lot 8.**

2.  The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

2

United States Bankruptcy Court
District of New Jersey

In re:
Brian S. Perkins
       Debtor

Case No. 17-16528-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 1       Date Rcvd: Sep 08, 2017
                   Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db            +Brian S. Perkins,     210 Cooper Street,     Beverly, NJ 08010-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
         TRUST, AS TRUSTEE FOR THE NORMANDY MORTGAGE LOAN TRUST, SERIES 2015-1 dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1 dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC5 Sterling lfossi@zeitzlawfirm.com,
         gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
        S. Daniel Hutchison    on behalf of Debtor Brian S. Perkins sdhteamlaw@outlook.com,
         backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r3902
         6@notify.bestcase.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                               TOTAL: 6