Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−16528−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian S. Perkins
   aka Brian Perkins Sr., aka Brian Scott
   Perkins
   210 Cooper Street
   Beverly, NJ 08010

Social Security No.:
   xxx−xx−1680

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      12/19/17
Time:      10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
S. Daniel Hutchison

COMMISSION OR FEES
Fees $2,162.50

EXPENSES
Expenses $113.66

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 17, 2017
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16528-MBK
Brian S. Perkins                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2           Date Rcvd: Nov 17, 2017
                              Form ID: 137           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
```
db             +Brian S. Perkins,    210 Cooper Street,    Beverly, NJ 08010-1210
aty            +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
lm             +Rushmore Loan Management Services, LLC,    15480 Laguna Canyon Road,    Irvine, CA 92618-2132
516740225       ARS - Account Resolution Services,    PO Box 459079,    Fort Lauderdale, FL 33345-9079
516981059      +Apex Asset Mgmt., LLC,    POB 5407,   Lancaster, PA 17606-5407
516740226      +Lana Scardigli,    93 Zee Road,   Mullica Hill, NJ 08062-4439
516740227      +Milstead & Associates LLC,    RE Milstead File # 204244-1,    1 E Stow Rd,
                 Marlton, NJ 08053-3118
516740228      +Nationwide Recovery Service,    7001 Peachtree Industrial Blvd,    Suite 320,
                 Norcross, GA 30092-6637
516740230      +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,   Gibbsboro, NJ 08026-1191
516740231      +Rushmore Loan Management Services,    15480 Laguna Canyon Road,    Suite 100,
                 Irvine, CA 92618-2132
516740229     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,    Compliance and Enforcement,
                 PO Box 245,    Trenton, NJ 08695-0267)
516740232      +Select Physical Therapy,    220 Sunset Road,    Willingboro, NJ 08046-1126
516740233      +Stacey R. Perkins,    210 Cooper Street,    Beverly, NJ 08010-1210
517014780      +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2017 22:34:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2017 22:34:41       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516740234      +E-mail/Text: legal-dept@cooperhealth.edu Nov 17 2017 22:35:19      The Cooper Health System,
                 3 Cooper Plz,    Camden, NJ 08103-1438
516865835      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2017 22:41:45       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516936610*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
               TRUST, AS TRUSTEE FOR THE NORMANDY MORTGAGE LOAN TRUST, SERIES 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Nov 17, 2017
                              Form ID: 137             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Denise E. Carlon   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Linda S. Fossi   on behalf of Creditor   US Bank Cust for PC5 Sterling lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          S. Daniel Hutchison   on behalf of Debtor Brian S. Perkins sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                               TOTAL: 6