Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−16528−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian S. Perkins
   aka Brian Perkins Sr., aka Brian Scott
   Perkins
   210 Cooper Street
   Beverly, NJ 08010

Social Security No.:
   xxx−xx−1680

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 19, 2017.

On 11/17/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    January 9, 2018
Time:                     10:00 AM
Location:               Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
       a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secure claim, such holders acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
       the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 17, 2017
JAN: amg

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-16528-MBK
Brian S. Perkins                                                                                 Chapter 13
              Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Nov 17, 2017
                             Form ID: 185              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
db         +Brian S. Perkins,    210 Cooper Street,   Beverly, NJ 08010-1210
aty        +Milstead & Associates, LLC,    1 E. Stow Road,   Marlton, NJ 08053-3118
lm         +Rushmore Loan Management Services, LLC,    15480 Laguna Canyon Road,   Irvine, CA 92618-2132
516740225   ARS - Account Resolution Services,    PO Box 459079,   Fort Lauderdale, FL 33345-9079
516981059  +Apex Asset Mgmt., LLC,    POB 5407,   Lancaster, PA 17606-5407
516740226  +Lana Scardigli,    93 Zee Road,   Mullica Hill, NJ 08062-4439
516740227  +Milstead & Associates LLC,    RE Milstead File # 204244-1,    1 E Stow Rd,
             Marlton, NJ 08053-3118
516740228  +Nationwide Recovery Service,    7001 Peachtree Industrial Blvd,    Suite 320,
             Norcross, GA 30092-6637
516740230  +Quality Asset Recovery,    7 Foster Avenue,   Suite 101,   Gibbsboro, NJ 08026-1191
516740231  +Rushmore Loan Management Services,    15480 Laguna Canyon Road,    Suite 100,
             Irvine, CA 92618-2132
516740229  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: New Jersey Division of Taxation,    Compliance and Enforcement,
             PO Box 245,   Trenton, NJ 08695-0267)
516740232  +Select Physical Therapy,    220 Sunset Road,   Willingboro, NJ 08046-1126
516740233  +Stacey R. Perkins,    210 Cooper Street,   Beverly, NJ 08010-1210
517014780  +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
             P.O. Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2017 23:30:37    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2017 23:30:33    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516740234   E-mail/Text: legal-dept@cooperhealth.edu Nov 17 2017 23:31:45    The Cooper Health System,
             3 Cooper Plz,   Camden, NJ 08103-1438
516865835  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2017 23:38:38    Verizon,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                        TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516936610*  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,    Department of Treasury,
             Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
               TRUST, AS TRUSTEE FOR THE NORMANDY MORTGAGE LOAN TRUST, SERIES 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 17, 2017
                             Form ID: 185              Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Linda S. Fossi    on behalf of Creditor   US Bank Cust for PC5 Sterling lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          S. Daniel Hutchison    on behalf of Debtor Brian S. Perkins sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawparal@outlook.com;r39026@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6