| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 17-16528 / MBK**

Brian S. Perkins                                           Petition Filed Date: 03/31/2017
210 Cooper Street                                       341 Hearing Date: 05/18/2017
Beverly  NJ    08010                                    Confirmation Date: 07/11/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2017 | $400.00 | 24037433010 | 05/10/2017 | $400.00 | 24037439826 | 06/02/2017 | $400.00 | 40111510 - |
| 08/08/2017 | $400.00 | 1492685658 | 09/01/2017 | $400.00 | 23787256500 | 01/22/2018 | $500.00 | 17692264662 |
| 01/22/2018 | $500.00 | 17692264663 | 01/22/2018 | $200.00 | 17692264664 | | | |

**Total Receipts for the Period: $3,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brian S. Perkins | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | S DANIEL HUTCHISON ESQ | Attorney Fees | $3,450.00 | $1,880.00 | $1,570.00 |
| 1 | Lana Scardigli | Support Arrears | $0.00 | $0.00 | $0.00 |
| 2 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $2,271.45 | $0.00 | $2,271.45 |
| 3 | NJ DIVISION OF TAXATION<br>»»  2009-2010/IN FULL | Secured Creditors | $2,423.29 | $0.00 | $2,423.29 |
| 4 | NJ DIVISION OF TAXATION | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»»  2008-2010,2012-2013 | Unsecured Creditors | $2,687.77 | $0.00 | $2,687.77 |
| 6 | WILMINGTON SAVINGS FUND SOCIETY<br>»»  P\210 COOPER ST\1ST MRTG\CO 7/18/2017 | Mortgage Arrears | $76,135.65 | $0.00 | $76,135.65 |
| 7 | Apex Asset Management, LLC<br>»»  VIRTUA HEALTH SYSTEM - MEM | Unsecured Creditors | $2,884.27 | $0.00 | $2,884.27 |
| 0 | S DANIEL HUTCHISON ESQ<br>»»  ORDER 12/20/17 | Attorney Fees | $2,276.16 | $0.00 | $2,276.16 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,200.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $1,880.00 | Current Monthly Payment: | $449.00 |
| Paid to Trustee: | $198.00 | Arrearages: | $449.00 |
| Funds on Hand: | $1,122.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**