UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wilmington Savings Fund Society, FSB, d/b/a Christiana
Trust, as trustee for Normandy Mortgage Loan Trust,
Series 2015-1

**Order Filed on April 2, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  17-16528 MBK

Adv. No.:

In Re:
        Brian S. Perkins

Judge:  Michael B. Kaplan

Debtor

## CONSENT ORDER CURING POST-PETITION ARREARS

        The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: April 2, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Brian S. Perkins
Case No: 17-16528 MBK
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1, holder of a mortgage on real property known as 210 Cooper Street, Beverly, NJ, 08010, with the consent of Daniel S. Hutchison, Esq., counsel for the Debtor, Brian S. Perkins,

It is **ORDERED, ADJUDGED and DECREED** that as of March 14, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due November 2017 through March 2018 for a total post-petition default of $8,696.82 (5 @ $1,767.63, less suspense $125.53)

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $8,696.82 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2018 directly to Secured Creditor, Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, AJUDGED and DECREED** that Debtor shall file a modified plan within fifteen days of the date of this order

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Brian S. Perkins
Case No:  17-16528 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

Dated:   3/27/18

I hereby agree and consent to the above terms and conditions:


*/s/ Denise Carlon*
DENISE  CARLON,  ESQ.,  ATTORNEY  FOR  SECURED
CREDITOR


I hereby agree and consent to the above terms and conditions:        Dated:   3/27/18


*/s/ S. Daniel Hutchison*
S. Daniel Hutchison, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-16528-MBK
Brian S. Perkins                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Apr 04, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db              +Brian S. Perkins,    210 Cooper Street,    Beverly, NJ 08010-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
         TRUST, AS TRUSTEE FOR THE NORMANDY MORTGAGE LOAN TRUST, SERIES 2015-1 dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1 dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC5 Sterling lfossi@zeitzlawfirm.com,
         gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
        Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1
         rsolarz@kmllawgroup.com
        S. Daniel Hutchison    on behalf of Debtor Brian S. Perkins sdhteamlaw@outlook.com,
         backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 7