Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650  

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 17-16528 / MBK**

Brian S. Perkins

Petition Filed Date: 03/31/2017  
341 Hearing Date: 05/18/2017  
Confirmation Date: 07/11/2017  

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2018 | $500.00 | 17692264662 | 01/22/2018 | $500.00 | 17692264663 | 01/22/2018 | $200.00 | 17692264664 |
| 02/21/2018 | $185.00 | 13166307 | 03/06/2018 | $185.00 | 13177339 | 03/20/2018 | $185.00 | 13192889 |
| 04/03/2018 | $185.00 | 13203557 | 04/16/2018 | $185.00 | 13214909 | 05/01/2018 | $185.00 | 13230249 |
| 05/16/2018 | $185.00 | 13245275 | 05/30/2018 | $223.00 | 13258483 | 06/12/2018 | $223.00 | 13271072 |
| 06/27/2018 | $223.00 | 13283760 | 07/10/2018 | $223.00 | 13298466 | 07/24/2018 | $223.00 | 13313043 |
| 08/07/2018 | $223.00 | 13327838 | 08/20/2018 | $223.00 | 13339327 | 09/05/2018 | $223.00 | 13352524 |
| 09/18/2018 | $223.00 | 13363383 | 10/02/2018 | $223.00 | 13376870 | 10/16/2018 | $223.00 | 13388818 |
| 10/30/2018 | $223.00 | 13402116 | 11/14/2018 | $223.00 | 13416677 | 11/28/2018 | $223.00 | 13427597 |
| 12/12/2018 | $223.00 | 13441173 | 12/27/2018 | $223.00 | 13452900 | | | |

**Total Receipts for the Period: $6,063.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,286.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Brian S. Perkins | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | S DANIEL HUTCHISON ESQ | Attorney Fees | $3,450.00 | $3,450.00 | $0.00 |
| 1 | Lana Scardigli | Support Arrears | $0.00 | $0.00 | $0.00 |
| 2 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $2,271.45 | $0.00 | $2,271.45 |
| 3 | NJ DIVISION OF TAXATION<br>»» 2009-2010/IN FULL | Secured Creditors | $2,423.29 | $141.68 | $2,281.61 |
| 4 | NJ DIVISION OF TAXATION | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»» 2008-2010,2012-2013 | Unsecured Creditors | $2,687.77 | $0.00 | $2,687.77 |
| 6 | WILMINGTON SAVINGS FUND SOCIETY<br>»» P/210 COOPER ST/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | Apex Asset Management, LLC<br>»» VIRTUA HEALTH SYSTEM - MEM | Unsecured Creditors | $2,884.27 | $0.00 | $2,884.27 |
| 0 | S DANIEL HUTCHISON ESQ<br>»» ORDER 12/20/17 | Attorney Fees | $2,276.16 | $2,276.16 | $0.00 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY<br>»» 210 COOPER ST/ORDER 4/4/18 | Mortgage Arrears | $8,696.82 | $508.47 | $8,188.35 |
| 9 | WILMINGTON SAVINGS FUND SOCIETY<br>»» 210 COOPER ST/ORDER 4/4/18 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | S DANIEL HUTCHISON ESQ<br>»» ORDER 4/3/18 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 17-16528 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,286.00 | Plan Balance: | $12,744.00 ** |
| Paid to Claims: | $7,126.31 | Current Monthly Payment: | $483.00 |
| Paid to Trustee: | $537.52 | Arrearages: | $186.00 |
| Funds on Hand: | $622.17 | Total Plan Base: | $21,030.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**