| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-16528 / MBK**

Brian S. Perkins
210 Cooper Street
Beverly  NJ  08010

Petition Filed Date: 03/31/2017
341 Hearing Date: 05/18/2017
Confirmation Date: 07/11/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $223.00 | 13464915 | 01/23/2019 | $223.00 | 13477353 | 02/05/2019 | $223.00 | 13489988 |
| 02/20/2019 | $223.00 | 13501505 | 03/06/2019 | $223.00 | 13515751 | 03/19/2019 | $223.00 | 13525478 |
| 04/02/2019 | $223.00 | 13538775 | 04/15/2019 | $223.00 | 13551144 | 04/29/2019 | $223.00 | 13563265 |
| 05/14/2019 | $223.00 | 13575285 | 05/29/2019 | $223.00 | 13589059 | 06/11/2019 | $223.00 | 13600993 |
| 06/25/2019 | $223.00 | 13613694 | 07/09/2019 | $223.00 | 13627845 | 07/22/2019 | $223.00 | 13640195 |
| 08/06/2019 | $223.00 | 13653495 | 08/19/2019 | $223.00 | 13664261 | 09/03/2019 | $223.00 | 13676126 |
| 09/17/2019 | $223.00 | 13686563 | 10/02/2019 | $223.00 | 13699208 | 10/16/2019 | $223.00 | 13713606 |
| 10/29/2019 | $223.00 | 13724648 | 11/13/2019 | $223.00 | 13736915 | 11/25/2019 | $223.00 | 13747400 |
| 12/10/2019 | $223.00 | 13760466 | 12/27/2019 | $223.00 | 13772421 | | | |

**Total Receipts for Period: $5,798.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,530.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Brian S. Perkins | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | S DANIEL HUTCHISON ESQ | Attorney Fees | $3,450.00 | $3,450.00 | $0.00 |
| 1 | Lana Scardigli | Support Arrears | $0.00 | $0.00 | $0.00 |
| 2 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $2,271.45 | $0.00 | $2,271.45 |
| 3 | NJ DIVISION OF TAXATION<br>»»  2009-2010/IN FULL | Secured Creditors | $2,423.29 | $1,420.53 | $1,002.76 |
| 4 | NJ DIVISION OF TAXATION | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»»  2008-2010,2012-2013 | Unsecured Creditors | $2,687.77 | $0.00 | $2,687.77 |
| 6 | WILMINGTON SAVINGS FUND SOCIETY<br>»»  P/210 COOPER ST/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | Apex Asset Management, LLC<br>»»  VIRTUA HEALTH SYSTEM - MEM | Unsecured Creditors | $2,884.27 | $0.00 | $2,884.27 |
| | S DANIEL HUTCHISON ESQ<br>»»  ORDER 12/20/17 | Attorney Fees | $2,276.16 | $2,276.16 | $0.00 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY<br>»»  210 COOPER ST/ORDER 4/4/18 | Mortgage Arrears | $8,696.82 | $5,098.03 | $3,598.79 |
| 9 | WILMINGTON SAVINGS FUND SOCIETY<br>»»  210 COOPER ST/ORDER 4/4/18 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**Chapter 13 Case No. 17-16528 / MBK**

| | | | | |
|---|---|---|---|---|
| S DANIEL HUTCHISON ESQ<br>»»  ORDER 4/3/18 | Attorney Fees | $400.00 | $400.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/7/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $14,530.00 | Plan Balance: | $6,500.00 | ** |
| Paid to Claims: | $12,994.72 | Current Monthly Payment: | $483.00 | |
| Paid to Trustee: | $914.46 | Arrearages: | $221.00 | |
| Funds on Hand: | $620.82 | Total Plan Base: | $21,030.00 | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**